UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:10-cr-00103-SEB-DKL-1 |
| | ) | |
| KAMAL TIWARI (01), | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| GLORIA B. TIWARI, | ) | |
| EVERBANK, | ) | |
| JOHN E. SEEBER, | ) | |
| | ) | |
| Interested Partys. | ) | |

**ORDER CHANGING TELEPHONIC STATUS CONFERENCE
TO AN IN-PERSON STATUS CONFERENCE**

Comes the Court, *sua sponte*, and changes the telephonic status conference set for **THURSDAY, MARCH 28, 2013, AT 9:00 A.M**. to an in-person conference. The conference will now commence in Courtroom 255 of the United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana. Counsel are to appear in person. Any unrepresented (*pro se*) Interested Parties are to appear in person. Counsel are to have their respective clients to be available by telephone for the duration of the conference. This entry only changes this conference from telephonic to in-person; all other information remains the same.

Date: 03/12/2013

_____
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.